1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MAURICE JONES, an individual<br><br>Plaintiff,<br><br>vs.<br><br>US BANK NATIONAL ASSOCIATION, c/o NATIONAL DEFAULT SERVICING CORP; DOES I through X, inclusive.<br><br>Defendants. | Case No.: 2:11-cv-01427-LRH-CWH<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO EXPUNGE LIS PENDENS** |

    Defendant, c/o US BANK NATIONAL ASSOCIATION, c/o NATIONAL DEFAULT SERVICING CORP. move to Expunge the Lis Pendens (and Notice of Lis Pendens) in this matter as the Complaint on which it is based was dismissed pursuant to Federal Rules of Civil Procedure 8(a), 9(b), and 12(b) for failure to state a claim upon which relief can be granted(Docket No. 19).

    Pending before the Court is Defendant, US BANK NATIONAL ASSOCIATION, c/o NATIONAL DEFAULT SERVICING CORP. (herein referred to as "Defendants") Motion to

Dismiss Plaintiff's Complaint. The Court having reviewed the pleadings and papers on file, the Court being fully advised in the premises, and good cause appearing therefore:

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that any Pendency of Action or Lis Pendens recorded on July 25, 2011 as 201107250001264 and 201107250001265 by the Plaintiff in the Official Records of Clark County Nevada in association with this action on the subject property at 5056 Rollingwood Dr., Paradise, NV 89120, APN: 161-30-512-076; more particularly described as follows:

> LOT 25 in Block 1 of ENCORE PARADISE VALLEY UNIT NO. 4, as shown by Map thereof on file in Book 17 of plats, page 10 in the office of the County Recorder of Clark County, Nevada;

pursuant to NRS 14.015 and it shall have from this day forward have no force or effect.

**IS FURTHER ORDERED, ADJUDGED AND DECREED** that pursuant to NRS 14.015(5), Plaintiff shall record a copy of this Order or other appropriate notice) cancelling the Notices of Pendency of Action or Lis Pendens, with the Clark County Recorder's Office within five business days of its entry, and if there is a failure to do so, any party may record a copy of this Order.

DATED this 8th day of May, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE